**CSD 3015** [08/01/11]
Name, Address, Telephone No. & I.D. No.

Eric D. Houser (SBN 130079)
Charles Tony Piccuta (SBN 258333)
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, CA 92618
P: (949) 679-1111

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
MARC ASH
                                                Debtor.

BANKRUPTCY NO. 11-10426-MM13

MARC ASH
                                                Plaintiff(s)

ADVERSARY NO. 11-90386-MM

v
HSBC BANK USA, N.A., AS TRUSTEE, ET AL.
                                                Defendants(s)

## NOTICE OF HEARING AND MOTION

TO: MARC ASH

**YOU ARE HEREBY NOTIFIED** that on September 22, 2011, at 10:00 am., in Department 1, Room 218 of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of dismissing the adversary proceeding, Movant, for

HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1 FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED CERTIFICATES AND THE INSURER

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: August 26, 2011

/s/ Charles Tony Piccuta
[Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 3015

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on <u>26</u> day of <u>August</u>, <u>2011</u>, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:
[moving papers previously served via mail service on August 15, 2011]

by [describe here mode of service]:
 Mail Service

on the following persons [set forth name and address of each person served] and as checked below:

[ ✓ ]    Attorney for Debtor (if required):

 Joseph C. La Costa, Esq.
 7840 Mission Center Court, Suite 104
 San Diego, CA 92108

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>August 26, 2011</u>         <u>Courtney Hershey /s/ Courtney Hershey</u>
            (Date)                         (Typed Name and Signature)

                                           <u>9970 Research Drive</u>
                                           (Address)

                                           <u>Irvine, CA 92618</u>
                                           (City, State, ZIP Code)

CSD 3015