1  Marc Ash
   1289 Calle Del Arroyo
2  Sonoma, Ca. 95476
   (707) 938-7683
3

4  Plaintiff/Debtor

```
                    FILED
                    ENTERED
                    LODGED
                    RECEIVED

                    SEP - 8 2011

           CLERK, U.S. BANKRUPTCY COURT
           SOUTHERN DISTRICT OF CALIFORNIA
           BY MC                    DEPUTY
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | A.P. Case No.: 11-90386-MM |
|---|---|
| MARC ASH, | (BK Case No.: 11-10426-MM13) |
| Debtor, | Hon: Margaret Mann |
| MARC ASH | **RESPONSE TO DEFENDANT'S MOTION TO DISMISS and** |
| Plaintiff, | **PLAINTIFF'S MOTION FOR CONTINUANCE** |
| v. | |
| HSBC Bank USA, N.A., as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust, Series 2006-HE1 for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Certificates and the Insurer, et al. | DATE: September 22, 2011<br>TIME: 10:00 a.m.<br>DEPT.: 1 |
| Defendants. | |

**Plaintiff's Motion For Continuance:**

Counsel for Plaintiff MARC ASH has ceased communication, and is entirely non-responsive. Accordingly MARC ASH pleads for a 30 day continuance to prepare a pro per response or obtain alternative Counsel.

**Response To Defendant's Motion To Dismiss:**

**1)** Plaintiff MARC ASH is no longer in possession of subject Real Property at 531 Hermes Avenue, Encinitas, California 92024. As a result Defendant's assertion that ASH's intent to delay

surrender of the subject premises is non-applicable on its face.

2) Defendant is debtor's largest creditor. The judgement in the unlawful detainer action is the largest single debt and financial burden for debtor/plaintiff MARC ASH. As such, this makes the instant Adversary proceeding directly relevant and germain to the pending Bankruptcy action.

3) Defendant's assertion that Plaintiff MARC ASH's pending Civil Action was filed first is suspect at best, and fails to instruct the court as to the genesis of the Civil Action's presence in Federal Court. Plaintiff's Civil Action was indeed filed first in November 2010, however it was filed in STATE COURT not in Federal Court. Counsel for Defendant removed Plaintiff's Civil Action to to Federal Court at that time, November 2010. Counsel for Plaintiff successfully moved the Federal Court to remand Plaintiff's Civil Action back to State Court. Subsequently in June of this year 2011, with a motion for TRO pending in State Court, Counsel for Defendant again removed Plaintiff's Civil Action to Federal Court, for a second time. Such action was not in the best interest of justice, and was unfair.

4) Sufficient facts are not in fact absent from Plaintiff's Adversary complaint given the early stage of the proceeding, and will be forthcoming in a timely manner. All allegations in Plaintiff's complaint are based on documentary evidence, the benefits of the full scope of appropriate discovery notwithstanding.

## CONCLUSION

Plaintiff MARC ASH respectfully pleads that the defendant's Motion to Dismiss be denied, or or the proceeding be continued.

DATED: September 7, 2011

_____
Marc Ash

## DECLARATION OF SERVICE BY MAIL

I, __Marc Ash__ [NAME], declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action.

I am employed in the County of __Sonoma__, California, in which county the within-mentioned mailing occurred.

My address is __1289 Calle Del Arroyo Sonoma CA 95476__

I served the following documents:

**RESPONSE TO DEFENDANT'S MOTION TO DISMISS and PLAINTIFF'S MOTION FOR CONTINUANCE**

by forwarding a copy via US mail / electronic mail to each such addressee respectively as follows:

Eric D. Houser (SBN 130079)
Charles Tony Piccuta (SBN 258333)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ctpiccuta@houser-law.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: __09/07/11__

__[SIGNATURE]__

__Marc Ash__
[PRINT NAME]

State of California, County of Sonoma
Subscribed and sworn to (or affirmed) before me on this __7__ day of __September__, 20__11__, by __Marc Ash__
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature of Notary __Kimberly A. Muehl__

KIMBERLY A. MUEHL
COMM. #1946249
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Aug. 27, 2015